Int. Cls.: 25 and 41

Prior U.S. Cls.: 22, 39, 100, 101, and 107

**United States Patent and Trademark Office**

Reg. No. 3,450,139
Registered June 17, 2008

## TRADEMARK
## SERVICE MARK
### PRINCIPAL REGISTER

# BELIEVELAND

BELIEVELAND LTD (OHIO LTD LIAB CO)
1223 WYNFORD COLONY
MARIETTA, GA 30064

  FOR: CLOTHING, NAMELY, SWEATSHIRTS, JERSEYS, T-SHIRTS, HATS, EAR WARMERS, JACKETS, SLEEPWEAR, PANTS, SHORTS, AND INFANT WEAR, IN CLASS 25 (U.S. CLS. 22 AND 39).

  FIRST USE 12-16-2007; IN COMMERCE 12-16-2007.

  FOR: ENTERTAINMENT SERVICES, NAMELY, PROVIDING SPORTS INFORMATION VIA GLOBAL COMPUTER NETWORK AND A COMMERCIAL ON-LINE SERVICE; SPECIAL EVENT PLANNING, NAMELY, ORGANIZATION OF EVENTS FOR FANS OF SPORTS TEAMS; AND FAN CLUBS, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

  FIRST USE 8-3-2007; IN COMMERCE 8-3-2007.

  THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

  SN 77-046,344, FILED 11-17-2006.

JENNIFER MARTIN, EXAMINING ATTORNEY





# BELIEVELAND

| | |
|---|---|
| **Reg. No. 3,785,528** | BELIEVELAND LTD. (OHIO LIMITED LIABILITY COMPANY) |
| | 1223 WYNFORD COLONY |
| **Registered May 4, 2010** | MARIETTA, GA 30064 |
| **Int. Cl.: 21** | FOR: CUPS; MUGS; COFFEE MUGS; TRAVEL MUGS; BOTTLES SOLD EMPTY; SPORTS BOTTLES SOLD EMPTY; BEVERAGE GLASSWARE, IN CLASS 21 (U.S. CLS. 2, 13, 23, 29, 30, 33, 40 AND 50). |
| **TRADEMARK** | |
| **PRINCIPAL REGISTER** | FIRST USE 8-19-2008; IN COMMERCE 8-19-2008. |
| | THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR. |
| | OWNER OF U.S. REG. NO. 3,450,139. |
| | SN 77-522,500, FILED 7-15-2008. |
| | JASON BLAIR, EXAMINING ATTORNEY |



Director of the United States Patent and Trademark Office





# BELIEVELAND

| | |
|---|---|
| **Reg. No. 3,785,529** | BELIEVELAND, LTD (OHIO LIMITED LIABILITY COMPANY)<br>1223 WYNFORD COLONY |
| **Registered May 4, 2010** | MARIETTA, GA 30064 |
| **Int. Cl.: 20** | FOR: PLASTIC SIGNBOARDS; WINDOW CLINGS, NAMELY, VINYL APPLIQUÉS FOR ATTACHMENT TO WINDOWS; PLASTIC KEY CHAINS; PLASTIC PENNANTS; PLASTIC BANNERS; PLASTIC HOLIDAY ORNAMENTS, IN CLASS 20 (U.S. CLS. 2, 13, 22, 25, 32 AND 50). |
| **TRADEMARK** | |
| **PRINCIPAL REGISTER** | FIRST USE 1-5-2008; IN COMMERCE 1-5-2008. |
| | THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR. |
| | OWNER OF U.S. REG. NO. 3,450,139. |
| | SN 77-522,529, FILED 7-15-2008. |
| | JASON BLAIR, EXAMINING ATTORNEY |



Director of the United States Patent and Trademark Office

