Amanda H. Wilcox, Esq.



Phone: 216.621.0150
Fax: 330.864.7986
E-Mail: awilcox@hahnlaw.com

June 30, 2016

**Via e-mail and Mail**
nathan@believelandbeerfestival.com

Mr. Nathan Barnhart, CEO
Believeland Beer Festival, Inc.
#502, 23 N. Green Street
Chicago, IL 60607

Re: **Infringement of BELIEVELAND trademarks**
 **U.S. Trademark Registration No. 3,450,139, Registered June 17, 2008**
 **U.S. Trademark Registration No. 3,785,529, Registered May 4, 2010**
 **U.S. Trademark Registration No. 3,785,528, Registered May 4, 2010**

Dear Mr. Barnhart:

We represent Believeland LTD ("Believeland") in its intellectual property matters. Believeland is the owner of three U.S. Trademark Registrations for the trademark BELIEVELAND for use in connection with various goods and services, including clothing, entertainment services, event planning services, signs, glassware, and other accessories. (See U.S. Trademark Reg. Nos. 3,450,139; 3,785,529; and 3,785,528, copies enclosed for reference, for a full listing of goods and services.)

We have recently learned of your company, Believeland Beer Festival, Inc., and its three newly-filed trademark applications, listed below:

 U.S. Trademark Application No. 87/077,901 – BELIEVELAND MUSIC FESTIVAL
 U.S. Trademark Application No. 87/002,133 – BELIEVELAND BEER
 U.S. Trademark Application No. 86/937,886 – BELIEVELAND BEER FESTIVAL

We are concerned that your company's proposed use of the term "BELIEVELAND" is likely to cause confusion among consumers, as consumers could mistakenly believe and your company is affiliated with, sponsored by, or endorsed by Believeland. Therefore, we believe that your company's use of BELIEVELAND would constitute trademark infringement in violation of federal law.

Use of a federally registered trademark that is likely to cause confusion, mistake, or deception of purchasers and the public as to the source or origin of the goods or services sold under the mark constitutes infringement under Section 1114 of the United States Code, Title 15. The same acts also constitute federal unfair competition under 15 U.S.C. § 1125(a).

While we can certainly appreciate that Believeland and your company likely share the common goals of promoting camaraderie, team spirit, and a good time, we do want to prevent consumer confusion and preserve our client's rights in the name. Our client has entered into license agreements with other third parties for use of the name, and we would be willing to enter into such an agreement here. However, we must ask that your company abandon its federal trademark applications that include the term

HAHN LOESER & attorneys at law
cleveland columbus ak rs san diego chicago
200 Public Square, Suite 2800 Cleveland 150 fax 216.241.2824 hahnlaw.com

PLAINTIFF'S EXHIBIT 15



Amanda H. Wilcox, Esq.

Phone:  216.621.0150
Fax:  330.864.7986
E-Mail: awilcox@hahnlaw.com

"BELIEVELAND," and also absent any agreement with Believeland, we ask that you stop all current and proposed use of "BELIEVELAND" immediately.

We look forward to receiving your response at your earliest convenience, and by no later than July 12, 2016.

Very truly yours,

*Amanda H. Wilcox*

Amanda H. Wilcox

AHW
Enclosure

cc:  Believeland LTD

---

HAHN  LOESER  &  PARKS  LLP     attorneys  at  law

cleveland   columbus   akron   naples   fort myers   san diego   chicago
200 Public Square, Suite 2800   Cleveland, Ohio   44114   phone 216.621.0150   fax 216.241.2824   hahnlaw.com