## KAPPES PATENTS

**Jon E. Kappes, Esq.**
Registered Patent Attorney
Admitted in Illinois & Arizona
jonkappes@kappespatents.com
Direct: (602) 614-4060

LAW OFFICES OF JON E. KAPPES, PLC
4802 E. Ray Road, Suite 23-218
Phoenix, AZ 85044

August 26, 2016

**VIA EMAIL (awilcox@hahnlaw.com)**

Amanda Wilcox
Hahn Loeser & Parks LLP
200 Public Square, Suite 2800
Cleveland, OH 44114

> *Re:*  *BELIEVELAND Marks*

Dear Ms. Wilcox:

We acknowledge receipt of your letter dated June 30, 2016.  My firm represents Believeland Beer Festival, Inc. ("BBF") in this matter.  Please direct all further communications to me.

BBF respects the intellectual property rights of others as it expects its own intellectual property rights to be respected.  Therefore, we request your patience while we undertake a review of this matter.  We will contact you again as we complete the same.

To aid that review, please provide a description of Believeland, Ltd.'s ("BL") use of the term BELIEVELAND since its alleged adoption in 2007, including how and where BL used the mark as well as any instances or periods of non-use.

Your letter indicates that BL has entered into license agreements with third parties relating to the term BELIEVELAND and that BL would be willing to enter into such an agreement here.  To accelerate resolution of this matter, please provide the names of BL's current licensees, the terms of those licenses, and the license terms proposed to BBF.  In particular, please advise us whether ESPN is currently a licensee.

I look forward to your prompt response.

Very truly yours,

Jon E. Kappes

**PLAINTIFF'S EXHIBIT**
**16**