**From:** Amanda Wilcox
**To:** Michelle Pittman
**Subject:** FW: Federal Trademark Infringement - BELIEVELAND
**Date:** Friday, February 16, 2018 1:20:05 PM
**Attachments:** image001.jpg

---

**From:** Amanda Wilcox
**Sent:** Friday, February 16, 2018 1:20 PM
**To:** 'Mayor'
**Cc:** believeland@zoominternet.net
**Subject:** RE: Federal Trademark Infringement - BELIEVELAND



PLAINTIFF'S EXHIBIT 18

**From:** BELIEVELAND City Hall <believeland@aol.com>
**Date:** February 15, 2018 at 7:09:19 PM EST
**To:** nate@believelandbeerfest.com
**Cc:** BELIEVELAND@zoominternet.net
**Subject: Re: Federal Trademark Infringement - BELIEVELAND**

Nate,

Thank you for writing but we do not accept this proposal.  We stand by our email sent earlier today, a portion of which is repeated below.

Please know that BELIEVELAND is a Federally Trademarked term for use in, among other things, "special event planning, namely organization of events for fans of sports teams and fan clubs", and for sale of merchandise on apparel, ceramics, glassware, koozies, and other merchandise - Reg. No 3,450,139 - 3,785,528 and 3,785,529.

Your promotion of a BELIEVELAND beer festival is in direct conflict with that federal trademark protection – as is your sales and/or promotional use of the term on TShirts, glassware, koozies and possibly other merchandise.  **Please immediately cease the promotion and sale of tickets to any festival utilizing the BELIEVEAND term, and the use of BELIEVELAND marked merchandise, whether for direct sale or for indirect sale as gift with purchase - realizing that**

our remedy will be a claim for all associated revenue and damage to our brand.

Tom and Jody Stroup
Principles, BELIEVELAND lmt.


-----Original Message-----
From: nate <nate@believelandbeerfest.com>
To: Mayor <believeland@aol.com>
Cc: BELIEVELAND <BELIEVELAND@zoominternet.net>
Sent: Thu, Feb 15, 2018 4:30 pm
Subject: RE: Federal Trademark Infringement - BELIEVELAND

Tom,

Thank you for taking the time to talk today. I hope we can work together to come to an agreement and bring a great event to the city of Cleveland for years to come.

I propose a 10% of net merchandise fee and a $4,000.00 annual fee. Please note I am not proposing a license of Believeland which would ensure that you do not have any liabilities, but I feel this route will save us both a lot of time and money. If you approve, then I will email you a contract with these terms.

Again, I look forward to navigating this with you, please feel free to reach out anytime.

Thank you,

Nate
(773) 354-7434

> -------- Original Message --------
> Subject: Re: Federal Trademark Infringement - BELIEVELAND
> From: Mayor <believeland@aol.com>
> Date: Thu, February 15, 2018 11:53 am
> To: cheers@believelandbeerfest.com
> Cc: BELIEVELAND@zoominternet.net, nate@believelandbeerfest.com
>
> Nate - we could connect with you at 3:00 EST if that works for you.
>
> Sent from my iPad
>
> On Feb 15, 2018, at 1:44 PM, <cheers@believelandbeerfest.com> <cheers@believelandbeerfest.com> wrote:
>
>> Tom,
>>
>> Thank you for reaching out! Are you able to jump on a phone call today?
>>
>> Thank you,
>>
>> Nate

-------- Original Message --------
Subject: Federal Trademark Infringement - BELIEVELAND
From: BELIEVELAND City Hall <believeland@aol.com>
Date: Thu, February 15, 2018 11:20 am
To: cheers@believelandbeerfest.com
Cc: BELIEVELAND@zoominternet.net

Please know that BELIEVELAND is a Federally Trademarked term for use in, among other things, "special event planning, namely organization of events for fans of sports teams and fan clubs", and for sale of merchandise on apparel, ceramics, glassware, koozies, and other merchandise - Reg. No 3,450,139 - 3,785,528 and 3,785,529.

Your promotion of a BELIEVELAND beer festival is in direct conflict with that federal trademark protection – as is your sales and/or promotional use of the term on TShirts, glassware, koozies and possibly other merchandise.  **Please immediately cease the promotion and sale of tickets to any festival utilizing the BELIEVEAND term, and the use of BELIEVELAND marked merchandise, whether for direct sale or for indirect sale as gift with purchase - realizing that our remedy will be a claim for all associated revenue and damage to our brand.**

Your infringement is further exasperated by the fact that you were aware of these Federal Trademarks through direct contact with our attorney over a year ago.  Your use of the term is not only infringing on our product sales (we have already been challenged on your infringement by our authorized licensees), but is also infringing on our brand positioning of a family-friendly theme, which has been used in sales presentations to current and past authorized licensees.

Please contact me with any questions - Tom Stroup - 770-883-3776 - or at believeland@aol.com.