# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| BELIEVELAND, LTD., | ) | Case No. 1:18-cv-00699-CAB |
| | ) | |
| Plaintiff, | ) | Judge Christopher A. Boyko |
| | ) | |
| v. | ) | |
| | ) | |
| BELIEVELAND BEER FESTIVAL, INC., | ) | **NOTICE OF DISMISSAL OF** |
| et al., | ) | **CASE WITH PREJUDICE** |
| | ) | |
| Defendants. | ) | |

NOW COMES Plaintiff Believeland LTD., by and through its undersigned counsel, and hereby notifies this Court that all claims asserted by Plaintiff against Defendants Believeland Beer Festival, Inc. and Nathan Barnhart are hereby dismissed, with prejudice, pursuant to Federal Civil Rule 41(a)(1)(A)(i) as an agreement has been reached between the parties. Each party will bear their costs of this action.

Respectfully submitted,

/s/ Dominic A. Frisina
Dominic A. Frisina
Frisina, LLC
4600 Euclid Ave., Ste. 420
Cleveland, OH 44103
Phone: (440) 600-3038
Facsimile: (866) 472-0503
dominic@frisinaip.com
Ohio Bar Reg. No. 0078599

*Attorney for Plaintiff*
*Believeland, LTD.*

## CERTIFICATE OF SERVICE

I hereby certify that on April 23, 2018, I electronically filed the foregoing *Notice of Dismissal of Case with Prejudice* with the United States District Court for the Northern District of Ohio, Eastern Division, by using the Court's ECF System. I certify that the following parties or their counsel of record have been served in accordance with the Federal Civil Rules of Procedure:

Nathan Barnhart
Owner, Believeland Beer Festival, Inc.
23 N. Green St., #502
Chicago, IL 60607
Email: nate@believelandbeerfest.com

*Defendants*

Jon E. Kappas, Esq.
Law Offices of Jon E. Kappes, PLC
4802 E. Ray Rd., Suite 23-218
Phoenix, AZ 85044
Email: jonkappes@kappespatents.com

Raymond Rundelli, Esq.
Calfee, Halter & Griswold LLP
The Calfee Building
1405 East Sixth St.
Cleveland, OH 44114
Email: RRundelli@Calfee.com

*Attorneys for Defendants*

                                                                     /s/ Dominic A. Frisina
                                                                     Dominic Frisina (0078599)
                                                                     Frisina, LLC